IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD T. BERGO, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>MITCHELL KENT JAMERSON, et al.,<br><br>　　　　Defendants　　　　　　　　　／ | No. C-03-1252 MMC<br><br>**ORDER DIRECTING PLAINTIFFS TO SERVE DEFENDANTS WITH NOTICE OF SUBSTITUTION OF COUNSEL AND TO FILE PROOF OF SERVICE** |

　　　Before the Court is plaintiffs' Notice of Substitution of Counsel, filed February 28, 2007, by which plaintiffs state that their present counsel seeks to withdraw and that plaintiffs will be represented by new counsel.

　　　Plaintiffs are hereby DIRECTED to serve defendants, no later than March 16, 2007, with said Notice by mail, and to file, no later than March 19, 2007, proof of such service with the Clerk of the Court. See Civil L.R. 11-5(a) (providing "[c]ounsel may not withdraw from an action until relieved by order of Court after written notice has been given reasonably in advance to the client and to all other parties who have appeared in the case").

　　　**IT IS SO ORDERED.**

Dated: March 7, 2007

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　United States District Judge