IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD T. BERGO, et al., | No. C-03-1252 MMC |
| Plaintiffs, | **ORDER APPROVING SUBSTITUTION OF COUNSEL** |
| v. | |
| MITCHELL KENT JAMERSON, et al., | |
| Defendants / | |

Before the Court is plaintiffs' Notice of Substitution of Counsel, filed February 28, 2007, by which plaintiffs state that their present counsel seeks to withdraw and that plaintiffs will be represented by new counsel.

Good cause appearing, plaintiff's request for substitution is hereby APPROVED, and Ronald L. Richman of Bullivant Houser Bailey, P.C., shall appear on behalf of plaintiffs in place and stead of James P. Watson, Bruce K. Leigh, and Anne Bevington of Stanton, Kay & Watson, LLP.

**IT IS SO ORDERED.**

Dated: March 12, 2007

_____
MAXINE M. CHESNEY
United States District Judge